

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-14-00237-CV**

**MARY ALICE EMANUEL,**
**ERVIN MITCHEL EMANUEL,**
**SHIRLEY ANN RIVERS,**
**JAMES EDWARD EMANUEL,**
**ROY LEONARD EMANUEL,**
**CLAUDIA FAY HASHEMI, AND**
**EVELYN M. DUPLESSIS**

**Appellant**

**v.**

**DARRELL EARL EMANUEL AND**
**CEDRIC ROYDELL EMANEUL,**

**Appellee**

---

**From the 87th District Court**
**Leon County, Texas**
**Trial Court No. 0-10-465**

---

## ORDER TO SHOW CAUSE

---

IT IS ORDERED that Helen C. Wooten appear before this Court in the courtroom of the Tenth Court of Appeals, 501 Washington Avenue, Room 404, Waco, McLennan County, Texas, at 10:00 a.m., on Monday, April 13, 2015, to show cause and explain her delay in filing the reporter's record in the above cause.

SIGNED March 19, 2015.

______________________________
CHIEF JUSTICE PRESIDING